UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| EUGENE SCALIA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR<br><br>v.<br><br>WPN CORPORATION, ET AL. | No. 19-3837 |

**JOINT MOTION TO HOLD CASE IN ABEYANCE**

Eugene Scalia, Secretary of the United States Department of Labor ("Secretary"), and Appellees Severstal Wheeling, Inc. Retirement Committee, Michael DiClemente, and Dennis Halpin (collectively, "Appellees") jointly move this Court pursuant to Rule 27 of the Federal Rules of Appellate Procedure to enter an order to hold this case in abeyance for forty-five (45) days. In support of this motion, the parties state as follows:

1.  This case is tentatively listed on the merits on July 2, 2020. (Doc. 28.)

2.  The parties have been engaged in ongoing and good faith settlement negotiations and have made considerable progress over the last several weeks. We have recently agreed in principle. However, more time is needed to finalize a complete resolution, which would obviate the need for further proceedings before this Court.

1

3. Thus, the parties move the Court to hold this case in abeyance for forty-five (45) days to allow the parties to complete the settlement. If this motion is granted, the parties will provide an update on the status of the case at or before the end of the abeyance period.

Dated: June 11, 2020                      Respectfully submitted,

KATE S. O'SCANNLAIN
Solicitor of Labor

G. WILLIAM SCOTT
Associate Solicitor for Plan Benefits Security

THOMAS TSO
Counsel for Appellate and Special Litigation

s/ Katrina T. Liu
KATRINA T. LIU
Trial Attorney
Plan Benefits Security Division
Office of the Solicitor
U.S. Department of Labor
200 Constitution Ave., N.W., N-4611
Washington, D.C. 20210
(202) 693-5520

*Counsel for Appellant*

CHARLES KELLY, Esq.
MICHAEL J. JOYCE, Esq.
Saul Ewing Arnstein & Lehr LLP
One PPG Place, 30th Floor
Pittsburgh, PA 15222
(412) 209-2500

*Counsel for Appellees*

## COMBINED CERTIFICATIONS

I hereby certify that, on June 11, 2020, I electronically filed the foregoing Joint Motion to Hold Case in Abeyance with the Clerk of Court using the CM/ECF System.

s/ Katrina T. Liu  
KATRINA T. LIU  
Trial Attorney
