UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| EUGENE SCALIA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR<br><br>v.<br><br>WPN CORPORATION, ET AL. | No. 19-3837 |

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

The Secretary of Labor respectfully moves to dismiss the above-captioned case because the parties have agreed to settle all claims. Federal Rule of Appellate Procedure 42 allows for voluntary dismissal of an appeal on the appellant's motion on terms agreed to by the parties. Fed. R. App. P. 42(b). Accordingly, the Secretary moves for dismissal of Case No. 19-3837, based on an executed settlement agreement with the Appellees. The Appellees do not oppose this motion.

July 22, 2020

Respectfully submitted,

KATE S. O'SCANNLAIN
Solicitor of Labor

G. WILLIAM SCOTT
Associate Solicitor for Plan Benefits Security

THOMAS TSO

1

Counsel for Appellate and Special Litigation

s/ Katrina Liu
KATRINA LIU
Trial Attorney
United States Department of Labor
200 Constitution Ave. NW, Room N-4611
Washington, DC 20210
(202) 693-5520
liu.katrina.t@dol.gov

*Counsel for Appellant*

## CERTIFICATE OF SERVICE

I certify that on July 22, 2020, I electronically filed the foregoing Motion to Dismiss with the Clerk of Court using the CM/ECF System.  Pursuant to Local Rule 27.3, I further certify that the foregoing motion is uncontested.

s/ Katrina Liu
KATRINA LIU
Trial Attorney
